# United States District Court
### WESTERN DISTRICT OF WASHINGTON

RUSSELL G. DUNSWORTH

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C09-5256BHS

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is **ADOPTED**;

The Administrative Law Judge's ("ALJ") decision is **REVERSED**; and

This matter is **REMANDED** to the Social Security Commissioner for further administrative proceedings in accordance with he Report and Recommendation.


| August 25, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                                *s/CM Gonzalez*
                                                                Deputy Clerk